Karl Nagel, Plaintiff and Counterdefendant-Appellee, v. Carol Blake, Formerly Mrs. J. A. Donnelly, Defendant and Counterclaimant-Appellant.

Gen. No. 10,535.

Hall, Meyer & Carey, for appellant; Wesley G. Carey, of counsel; George S. McGaughey, for appellee; William A. Holmquist, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed January 8, 1952; released for pulication January 28, 1952.